# United States Court of Appeals
### For the Eighth Circuit

_____

No. 18-1576

_____

United States of America

*Plaintiff - Appellee*

v.

Dominic Keith Pearson

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: November 2, 2018
Filed: November 27, 2018
[Unpublished]

_____

Before LOKEN, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Dominic Keith Pearson directly appeals the below-Guidelines sentence the district court[1] imposed after he pled guilty to sex crimes involving a minor. Counsel

_____

[1]The Honorable Roseann A. Ketchmark, United States District Judge for the Western District of Missouri.

has moved for leave to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the sentence is unreasonable. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

After careful review, this court concludes that the district court did not abuse its discretion in sentencing Pearson. The record reflects that the district court considered the 18 U.S.C. § 3553(a) factors—including the seriousness of the offenses and Pearson's history—and imposed a below-Guidelines sentence. *See United States v. Feemster*, 572 F.3d 455, 461-62, 464 (8th Cir. 2009) (en banc); *United States v. Stults*, 575 F.3d 834, 849 (8th Cir. 2009); *United States v. Lazarski*, 560 F.3d 731, 733 (8th Cir. 2009). This court has independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and finds no nonfrivolous issues for appeal.

The judgment is affirmed. Counsel's motion to withdraw is granted.

_____